# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 09, 2021

Mr. David E. Larson
MARTIN & PRINGLE
Suite 920
4435 Main Street
Kansas City, MO  64111

RE:  20-1912  A-B Empl. Credit Union v. Travelers Property Casualty Co, et al

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

ALK

Enclosure(s)

cc:   Mr. William Rick Griffin
      Mr. Patrick J. Kenny
      Mr. Gregory J. Linhares
      Mr. Jonathan Ryan Shulan

   District Court/Agency Case Number(s):   4:18-cv-01208-CDP

# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-1912
_____

Anheuser Busch Employee Credit Union

*Plaintiff - Appellant*

v.

Travelers Property Casualty Company of America; Charter Oak Fire Insurance Company

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: April 15, 2021
Filed: July 9, 2021
[Unpublished]
_____

Before SMITH, Chief Judge, COLLOTON and ERICKSON, Circuit Judges.
_____

PER CURIAM.

In this insurance coverage dispute, Anheuser Busch Employee Credit Union appeals the district court's[1] adverse grant of summary judgment. Having carefully

---

[1] The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

reviewed the record and the parties' arguments, we find no basis for reversal. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) ("This court reviews de novo a grant of summary judgment."). The judgment is affirmed. *See* 8th Cir. R. 47B.

_____